UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------X
MARCELINO GARCIA, FELIPE LEAL, and CESAR VALENCIA,
individually and on behalf of all others similarly situated,

                      Plaintiffs,

                      -against-

LEE & GIANT FOOD SYSTEM INC. D/B/A GIANT FOOD,
INC. and IN TAE JANG,

                      Defendants.
------------------------------------------------------------------------------X

Civil Action No.
1: 19-cv-02544

## **RULE 68 JUDGMENT FOR PLAINTIFF CESAR VALENCIA**

Whereas pursuant Rule 68 of the Federal Rules of Civil Procedure, Defendants Lee & Giant Food System Inc. d/b/a Giant Food, Inc. and In Tae Jang (collectively, "Defendants") offered to allow Plaintiff Cesar Valencia to take judgment against Defendants in the amount of Five Thousand and One Dollars ($5,001.00), ), plus reasonable attorneys' fees, expenses, and costs, to the date of Defendants' Offer of Judgment as to the sixth and seventh causes of action in the Amended Complaint only;   Plaintiff Cesar Valencia having accepted said Offer of Judgment; and Plaintiff Cesar Valencia's attorneys having confirmed acceptance of Defendant's Offer of Judgment, it is hereby

      **ORDERED, ADJUDGED, AND DECREED that**:

Plaintiff Cesar Valencia hereby recover from Defendants Lee & Giant Food System Inc. d/b/a Giant Food, Inc. and In Tae Jang on the sixth and seventh causes of action the Amended Complaint the amount of Five Thousand and One Dollars ($5,001.00), plus post judgment interest pursuant to 28 U.S.C. §1961, exclusive of Plaintiff Cesar Valencia's claim for reasonable

attorneys' fees, expenses, and costs, to the date of Defendants' Offer of Judgment, in accordance with Defendants' Offer of Judgment and Plaintiff Cesar Valencia's acceptance thereof.

.

Date: New York, New York

_____ \_\_\_, 2019

                                        SO ORDERED:

                                        _____
                                              U.S. District Judge